UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 7A

| Tesla, Inc., | |
|---|---|
| Plaintiff, | Court No. 20-03142 |
| v. | |
| United States of America, et al. | |
| Defendant. | |

NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: Sept. 28, 2020

Lynn Fischer Fox
Attorney for Plaintiff

601 Massachusetts Avenue, NW
Street Address

Washington DC, 20001
City, State and Zip Code

(202) 942-5601
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____        Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                       Clerk, U. S. Court of International Trade

                                       By: _____
                                                  Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)