UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 7A

| | |
|---|---|
| Tesla, Inc., <br><br>                              Plaintiff, <br><br>     v. <br> United States of America, et al. <br><br>                              Defendant. | Court No. 20-03142 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: Sept. 28, 2020

Lynn Fischer Fox
Attorney for Plaintiff

601 Massachusetts Avenue, NW
Street Address

Washington DC, 20001
City, State and Zip Code

(202) 942-5601
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated:  9/30/2020         Clerk, U. S. Court of International Trade

By:   /s/ Steve Taronji
Deputy Clerk